UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

OSWALD DOWNER,

     Plaintiff,

v.                             Case No. 3:23cv12851-LC-HTC

D. LAVERNE,

     Defendant.

_____/

## ORDER

The magistrate judge issued a Report and Recommendation on January 9, 2024 (ECF No. 20), recommending the Defendant's motion to dismiss (ECF No. 18) be GRANTED and the case DISMISSED for failure to exhaust. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (ECF No. 20) is adopted and incorporated by reference in this order.

2.    The Motion to Dismiss (ECF No. 18) is GRANTED.

3.      This case is DISMISSED for failure to exhaust prison remedies.

4.      The clerk shall close the file.

**DONE AND ORDERED** this  8th  day of February, 2024.


      s/L.A. Collier
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**